UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

KATIEJNYC, INC.,

        Defendant.

------------------------------------- x

<u>ECF CASE</u>

Civil Action No.: 1:24-cv-04839-GHW

**<u>PROOF OF NOTICE</u>**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 27, 2024, I served the foregoing: Your Honor's Order dated June 27, 2024 (Dkt. 6) on all other parties in this action by way of electronic mail.

**GOTTLIEB & ASSOCIATES**

<u>*/s/Dana L. Gottlieb, Esq.*</u>

Dana L. Gottlieb, (DG-6151)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Dana@Gottlieb.legal

*Attorneys for Plaintiffs*